IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DUSTIN JOHN GEE,** )<br>      Plaintiff,                      )<br>                                           )<br>v.                                         )<br>                                           )<br>**APPLIED FLOORING, INC.,** *et al.*,  )<br>      Defendants.                  ) | CIVIL ACTION 17-00269-KD-B |

**ORDER**

This matter is before the Court on Plaintiff's motion for an extension of time. (Doc. 45).

Specifically, Plaintiff seeks additional time -- a one (1) day extension from May 16, 2018 to May 17, 2018 -- within which to file a motion to enforce the FLSA settlement agreement, but not to file a new motion and new FLSA settlement/release (as previously ordered). There is no briefing schedule for a motion to enforce a settlement agreement and Plaintiff does not intend the file a new motion/FLSA settlement (the only relevant briefing schedule issued).[1] As such, Plaintiff's motion, to extend a non-existent briefing schedule, is **MOOT.**

However, given Plaintiff's notification to the Court that he plans to file a motion to enforce the FLSA settlement agreement, the Court notes as follows. First, for this FLSA case, Court approval of any related settlement is required (Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982)). No FLSA settlement agreement has been approved by this Court. To the contrary, the parties' proposed settlement has been denied twice due to

---

[1] Plaintiff explains that Defendant is not willing to settle this FLSA case without participation/release of a previously dismissed party (Express) -- which this Court has found improper -- and as a result, intends to proceed with litigation.

deficiencies (as specified in those orders).  As such, *there is no approved FLSA settlement before the Court to be enforced*.

It is further **ORDERED**, given Plaintiff's representations, that his motion for attorneys' fees is **MOOT** at this juncture.

**DONE** and **ORDERED** this the **17th** day of **May 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**